UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARQUES BORNEY,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JASON PICKETT, Acting Warden,<br><br>　　　　　Respondent. | Case No. 2:20-cv-02625-JAK (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records herein, including the operative First Amended Petition (Dkt. 10, "Petition"), Respondent's the Answer and Lodgments (Dkt. 16, 17, 19), the Report and Recommendation (Dkt. 21, "R&R") of the United States Magistrate Judge, and the Objection to the R&R filed by Petitioner (Dkt. 22). Having engaged in a de novo review of those portions of the R&R to which objections have been made, the Court concurs with and accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

IT IS THEREFORE ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

Dated:  October 30, 2020

_____
JOHN A. KRONSTADT
United States District Judge

2