JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARQUES BORNEY, <br><br> Petitioner, <br><br> v. <br><br> JASON PICKETT, Acting Warden, <br><br> Respondent. | Case No. 2:20-cv-02625-JAK (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: October 30, 2020

_____
JOHN A. KRONSTADT
United States District Judge